# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| **LORENZO OLIVER and JILL BUSH, as guardian ad litem for her minor son, CORYPHEAUS BUSH,**<br><br>      **Plaintiffs,**<br><br>    **vs.**<br><br>**CITY OF ANAHEIM, COUNTY OF ORANGE, RYAN TISDALE, JAMES BROWN, JAMIE LINK, and DOES 1 through 10, inclusive,**<br><br>      **Defendants.** | **Case No.: SACV 09-00091-CJC(ANx)**<br><br><br><br>**JUDGMENT** |

      Plaintiffs Lorenzo Oliver and Jill Bush, as guardian ad litem for her minor son, Corypheaus Bush, shall take nothing by way of all claims raised in their First Amended Complaint. The First Amended Complaint is dismissed with prejudice and judgment is entered in favor of Defendants City of Anaheim, County of Orange, Ryan Tisdale, James

//

//

-1-

1  Brown, and Jamie Link.

3  DATED: February 23, 2011

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE